## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Thulin,

                              Plaintiff,

                                                  Civ. No. 06-3514 (RHK/JSM)
                                                       **ORDER**

v.

EMC Mortgage Corporation,

                              Defendant.

      This matter is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 46). Plaintiff having filed his response to the Motion on September 15, 2007,

**IT IS ORDERED** as follows:

1.     Defendant shall serve and file its Reply Memorandum in support of the Motion, if any, on or before September 26, 2007; and

2.     The hearing on the Motion currently scheduled for September 24, 2007, at 8:00 a.m., is **CONTINUED** to October 9, 2007, at 9:30 a.m., in Courtroom 1 at the United States Courthouse, 180 East Fifth Street, St. Paul, Minnesota.

Dated: September 17, 2007                                   s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                   United States District Judge