# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Paul Thulin,

                        Plaintiff,

                                            Civ. No. 06-3514 (RHK/JSM)
                                              **ORDER**

v.

EMC Mortgage Corporation,

                        Defendant.

---

      This matter is before the Court on the Motion of Richard Raver, of the law firm Smith & Raver LLP, to withdraw as counsel in this matter (Doc. No. 73).  The Court having reviewed the Motion and having concluded that it is well founded, **IT IS ORDERED** that the Motion is **GRANTED**.  Should Plaintiff fail to notify the Court within 30 days whether he has retained new counsel in this matter, he shall be deemed to be proceeding *pro se*.

      The Clerk of the Court is directed to mail a copy of this Order to Paul Thulin, 8351 Crabapple Court, Victoria, Minnesota 55386.

Dated: November  1 , 2007                                        s/Richard H. Kyle
                                                                                       RICHARD H. KYLE
                                                                                       United States District Judge