**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Paul Thulin,

                Plaintiff,                   Civil No. 06-3514 (RHK/JSM)

vs.                             **AMENDED ORDER**[1]

EMC Mortgage Corporation,

                Defendant.

---

     Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 77) is **DENIED**.


Dated: November 19, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge

---

[1] The identical Order (Doc. No. 80) was filed on November 16, 2007, but was erroneously dated February 16, 2007; the sole purpose of this Amended Order is to correct that error.